1  Laurence M. Rosen, Esq. (SBN 219683)
2  THE ROSEN LAW FIRM, P.A.
   355 South Grand Avenue, Suite 2450
3  Los Angeles, CA  90071
4  Telephone: (213) 785-2610
   Facsimile: (213) 226-4684
5  Email: lrosen@rosenlegal.com

6
   *Counsel for Plaintiff*
7

8

9
                    UNITED STATES DISTRICT COURT
10                  SOUTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| DAVID DEYOUNG, DERIVATIVELY AND ON BEHALF OF BOFI HOLDING, INC., | No.: 3:16-cv-163-BAS-NLS |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| GREGORY GARRABRANTS, ANDRE J. MICHELETTI, ESHEL BAR-ADON, JOHN C. TOLLA, THEODORE C. ALLRICH, JOHN GARY BURKE, NICHOLAS A. MOSICH, PAUL J. GRINBERG, JAMES S. ARGALAS, JAMES J. COURT, EDWARD J. RATINOFF, AND UZAIR DADA, | |
| Defendants, | |
| And | |
| BOFI HOLDING, INC. | |
| Nominal Defendant. | |

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), David DeYoung voluntarily dismisses this action without prejudice.

Dated : March 4, 2016  **THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On March 4, 2016, I electronically filed the following NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 4, 2016.

/s/ Laurence Rosen
Laurence M. Rosen